United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROSA ANTONIA CAMACHO, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 7:24-CV-249 |
| | § |
| FRANK BISIGNANO, Commissioner of the | § |
| Social Security Administration, | § |
| | § |
| Defendant. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's complaint for judicial review of a final decision by the Commissioner of the Social Security Administration denying Plaintiff's applications for disability insurance benefits and supplemental security income, which has been referred to the Magistrate Judge for report and recommendation. On June 9, 2025, the Magistrate Judge issued a Report and Recommendation (Dkt. Entry No. 14), recommending that the Motion for Summary Judgment filed by the Commissioner be granted, that Plaintiff's Complaint be denied, that the final decision of the Commissioner be affirmed, and that this civil action be dismissed. Neither party timely filed objections to the Report and Recommendation.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court has conducted a de novo review of the Report and Recommendation. Finding no clear error, the Court adopts the Report and Recommendation (Dkt. Entry No. 14) in its entirety. Accordingly, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (Dkt. Entry No. 12) is **GRANTED**, that Plaintiff's Complaint is **DENIED**, that the final decision of the Commissioner is **AFFIRMED**, and that this civil action is **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED July 7, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge